RAFFAELE GALLO, as Administrator, etc., of IDA GALLO, Deceased, Appellant, v. JOHN KNUDSEN, Respondent.— Motion to dismiss appeal denied, without costs. Motion to compel respondent's attorney to sign a stipulation waiving certification or for other relief denied. Canon 42 of the Canons of Professional Ethics merely provides that an attorney, in good faith, may advance disbursements subject to reimbursement by his client. The proposed disbursement apparently comes within that canon. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

JACOB HIMMELSTEIN, Appellant, v. AARON GREENBERG and Another, Defendants; ROBERT M. LIPTON, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of Supplementary Proceedings: PHILIP HANTMAN, Judgment Creditor, Appellant, v. ALEX GELFAND, Judgment Debtor, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Arbitration of Certain Differences between NEW YORK & BROOKLYN CASKET CO., INC., and Others, Respondents, v. CASKET MAKERS UNION, LOCAL 1728, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of LESTER HARRISON to Render and Settle the Accounts of Himself and of MARGARET L. PEUGNET, Deceased, as Executors and Trustees, etc., of JULES J. PEUGNET, Deceased, and for the Construction of Paragraph 2nd of Said Will. RAMSAY PEUGNET, Appellant; THE PEOPLE OF THE STATE OF NEW YORK and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

J. R. CONSTRUCTION CORP., Respondent, v. BERKELEY APTS., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

LEO MERCIER, as Administrator, etc., of ROBERT MERCIER, Deceased, Respondent, v. BUSHWICK SAVINGS BANK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

ROCCO BROS., INC. (a Domestic Corporation), Appellant, v. "MICHAEL" A. ZAPPONE, First Name "Michael" Fictitious, True First Name Unknown to Plaintiff, Respondent.— Motion for leave to appeal to the Appellate Division denied on the merits and for failure to comply with rule VII, Appellate Term, Second Department Rules, with ten dollars costs. See rule XXVI, Appellate Division, Second Department Rules. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

GAYLE L. SHAPIRO, Appellant, v. MORRIS E. L. SHAPIRO, Respondent.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

LILLIAN SILVER, Appellant, v. SAMUEL I. BATEMAN and Others, Respondents, and Others, Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.